# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

### IN ADMIRALTY

JONATHAN T. GARRETT

v.                                              CASE NO: 8:05-CV-2035-T-30TGW

F/V "Pegasus" #5713333 and
FOX INDUSTRIES, INC.

_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's, who is proceeding *pro se*, Motion to Arrest the Fishing Vessel (hereinafter F/V) "Pegasus" (Dkt. 1)[1]. Plaintiff has failed to comply with the requirements of Fed. R. Civ. P. 9(h), Supplemental Rules C(2) and E(2) as well as Local Rules 7.03 and 7.05. Upon review and consideration is hereby ORDERED and ADJUDGED that:

1. Plaintiff's Motion to Arrest the F/V "Pegasus" (Dkt. 1) which this Court construes as a Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.
2. Plaintiff has **twenty (20) days** in which to file an Amended Complaint, failing which this case will be dismissed without notice to Plaintiff.

**DONE** and **ORDERED** in Tampa, Florida on November 7, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

S:\Odd\2005\05-cv-2035 Motion to Arrest - Admiralty.wpd

---

[1] Plaintiff's "Motion" appears to be a Complaint and will be treated as such by this Court.